# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GOODMAN, | CV F   05-739 REC SMS P |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION AS DUPLICATIVE |
| CALDERON, WOODFORD, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| Defendants. / | |

Kevin Goodman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 1, 2005, Plaintiff filed an action against Defendants Calderon and Woodford for failing to protect him from an attack by another inmate that took place on July 27, 2003. This action was assigned case number CV F 05-693 OWW LJO P.

On June 8, 2005, Plaintiff filed the instant complaint which appears to be a photocopy of the first Complaint filed on June 1, 2005. The sole difference is that Plaintiff signed the second complaint a second time. However, the Defendants and claims are identical in every respect.

Accordingly, in light of the duplicative nature of the instant action to the action filed on June 1, 2005, the Court HEREBY ORDERS the instant action DISMISSED as duplicative. The Clerk of Court is DIRECTED to terminate this case in accordance with this Order.

IT IS SO ORDERED.

Dated:  July 14, 2005                     /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE

1